TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00314-CV






In re Ford Motor Company







ORIGINAL PROCEEDING FROM TRAVIS COUNTY 






PER CURIAM


 Relator Ford Motor Company has filed a petition for writ of mandamus and a motion
for temporary relief asking this Court to stay certain proceedings at the Motor Vehicle Board of the
Texas Department of Transportation. We overrule the motion for temporary relief and deny the
petition for writ of mandamus. Tex. R. App. P. 52.8(a).


Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel


Filed: May 31, 2002


Do Not Publish